IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY COLLETTE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br>*Department of Agriculture, Forest Service*,<br><br>　　　　Defendant. | Case No. 12-cv-631-JPG-SCW |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff's motion to voluntarily dismiss (Doc. 12). Plaintiff asks this Court for order voluntarily dismissing this case, each party to bear its own costs. Defendant filed its response (Doc. 13) agreeing to an order of dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(2) plaintiff may request the Court to voluntarily dismiss its case. Accordingly, the Court **GRANTS** plaintiff's motion (Doc. 12); **DISMISSES** this case with each party to bear its own costs, and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** March 27, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**